UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN ALCANTARA-CASTILLO,<br><br>Defendant. | Case No. 11CR3876-AJB<br><br>**ORDER AND JUDGMENT OF DISMISSAL** |

Having considered the United States' Motion to Dismiss the Indictment in this case without prejudice pursuant to Fed. R. Crim. P. 48(a), this Court hereby grants the United States leave of court to dismiss the Indictment in this case. Accordingly, the Indictment is hereby dismissed without prejudice pursuant to Fed. R. Crim. P. 48(a).

**IT IS SO ORDERED.**

Dated: September 9, 2016

_____
Hon. Anthony J. Battaglia
United States District Judge